**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

SOUTHERN LEGACY OF LIFE;                                              PLAINTIFFS
JULIE BARBER

v.                          Case No. 4:25-CV-773-JMM

COLE JESTER, ET AL.                                                   DEFENDANTS

**UNOPPOSED MOTION FOR EXTENSION OF BRIEFING AND RESPONSIVE PLEADING DEADLINES**

For their unopposed motion for extension of briefing deadlines, Defendants state:

1.       Defendants' counsel has contacted counsel for Plaintiffs about this motion. The motion is not opposed.

2.       Currently, the deadline for Defendants Secretary Jester and Attorney General Griffin to file a response to the Motion for Preliminary Injunction is August 15, 2025.

3.       The deadline for Defendants Secretary Jester and Attorney General Griffin to file a responsive pleading is August 22, 2025.

4.       Defendants' counsel Jordan Broyles is no longer able to work on this case due to a personal medical circumstance.  Due to these circumstances, Defendants' counsel Ryan Hale, has had unanticipated conflicting professional obligations therefore necessitating this extension.

5.       Defendants thus request an extension of the deadline for Defendants Secretary Jester and Attorney General Griffin to file a response to the Plaintiff's Motion for Preliminary Injunction, making both deadlines August 29, 2025.

6.       There is good cause to grant this request. An extension will benefit the Court and parties by allowing the counsel to have sufficient time to prepare the preliminary-injunction response and responsive pleading on behalf of Defendants Secretary Jester and Attorney General

Griffin, which will in turn benefit the adversarial process and better develop the arguments for the Court.

7.    No party will be prejudiced. The hearing is set for September 26, 2025. Under the requested extension, briefing will be completed before the hearing.

8.    Defendants' counsel has conferred with Plaintiffs' counsel regarding the requested extensions set forth in this motion, and Plaintiffs do not oppose the motion.

WHEREFORE, Defendants Secretary Jester and Attorney General Griffin respectfully request that the Court grant this unopposed motion for extension of briefing deadlines, set the deadline for Defendants Secretary Jester and Attorney General Griffin's preliminary-injunction response and first responsive pleading as August 29, 2025.

Respectfully submitted,

TIM GRIFFIN
Attorney General

By:    Ryan Hale
Ark. Bar No. 2024310
Senior Assistant Attorney General

Jordan Broyles
Ark. Bar No. 2015156
Senior Assistant Attorney General

Office of the Arkansas Attorney General
101 West Capitol Avenue
Little Rock, Arkansas 72201
(501) 295-7419
(501) 682-2591 fax
ryan.hale@arkansasag.gov
jordan.broyles@arkansasag.gov

*Counsel for Defendants*