**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

S̲outhern̲ L̲egacy of̲ L̲ife, et al.                                                                    P̲laintiffs

v.                          Case No. 4:25-CV-773-JMM

C̲ole J̲ester, et al.                                                                                         D̲efendants

**D̲efendants' M̲otion to D̲ismiss**

     Cole Jester, in his official capacity as Secretary of State of Arkansas, Tim Griffin, in his official capacity as Attorney General of Arkansas, and Todd Murray, Sonia Hagood, Devon Holder, Brandon Carter, Jeff Phillips, William Jones, Teresa Howell, Ben Hale, Connie Mitchell, Dan Turner, Jana Bradford, Frank Spain, Tim Blair, Kyle Hunter, Daniel Shue, Jeff Rogers, David Ethredge, Tom Tatum, II, Drew Smith, Rebecca Reed McCoy, Michelle C. Lawrence, Debra Buschman, Tony Rogers, Bryan Sexton, Carol Crews, Kevin Holmes, Chris Walton, and Chuck Graham, each in his or her official capacity as a prosecuting attorney for the State of Arkansas ("State Prosecutors"), file this motion to dismiss all claims asserted in Plaintiffs' Amended Complaint and show the following:

     1.     Plaintiffs' claims against the Attorney General and each of the State Prosecutors should be dismissed on Eleventh Amendment and sovereign-immunity grounds.

     2.     Plaintiffs' claims against the Attorney General and each of the State Prosecutors should be dismissed for lack of standing.

     3.     Plaintiffs' claims against the Secretary of State arising under any section of the law other than Ark. Code Ann. § 20-17-1229 should be dismissed on Eleventh Amendment and sovereign-immunity grounds and for lack of standing.

4. Plaintiffs' state law claims should be dismissed on Eleventh Amendment and sovereign-immunity grounds.

5. All of Plaintiffs' claims should be dismissed under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim.

6. A brief in support of this motion to dismiss is being filed contemporaneously with this motion pursuant to Local Rule 7.2(a). This case should be dismissed for all the reasons set forth in the brief.

    Respectfully submitted,

    TIM GRIFFIN
    Attorney General

By:    Ryan Hale
    Ark. Bar No. 2024310
    Senior Assistant Attorney General

    Jordan Broyles
    Ark. Bar No. 2015156
    Senior Assistant Attorney General

    Office of the Arkansas Attorney General
    101 West Capitol Avenue
    Little Rock, Arkansas 72201
    (501) 295-7419
    (501) 682-2591 fax
    ryan.hale@arkansasag.gov
    jordan.broyles@arkansasag.gov

*Counsel for Defendants*