IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

SOUTHERN LEGACY OF LIFE, et al.  :
:
:
:
:
:
:
:       No. 4:25-cv-773-JM
:
:
           Plaintiffs,    :
       v.                 :
:
COLE JESTER, in his official capacity as  :
Secretary of State; et. al.   :
:
:
           Defendants.    :
:

## AMENDED MOTION FOR PRELIMINARY INJUNCTION/TEMPORARY RESTRAINING ORDER

Plaintiffs Southern Legacy of Life and Julie Barber (collectively, "Plaintiffs"), by and through their undersigned counsel, submit this Amended Motion for Preliminary Injunction/Temporary Restraining Order pursuant to Federal Rule of Civil Procedure 65(a) to include the defendants added by the amended complaint in response to the assertion by the Attorney General that he somehow is not responsible to defend Act 861 against a claim of unconstitutionality. The defendants added by the amended complaint are Todd Murray, Sonia Hagood, Devon Holder, Brandon Carter, Jeff Phillips, William Jones, Teresa Howell, Ben Hale, Connie Mitchell, Dan Turner, Jana Bradford, Frank Spain, Tim Blair, Kyle Hunter, Daniel Shue, Jeff Rogers, David Ethredge, Tom Tatum, II, Drew Smith, Rebecca Reed McCoy, Michelle C. Lawrence, Debra Buschman, Tony Rogers, Bryan Sexton, Carol Crews, Kevin Holmes, Chris

#125196169v1

Walton, and Chuck Graham, each in his or her official capacity as a prosecuting attorney for the State of Arkansas ("Defendants").

Plaintiffs respectfully request this Court to declare Act 861 unconstitutional and to preliminary enjoin Defendants, as well as all officers, agents, and employees subject to their supervision, direction, or control from enforcing or otherwise enacting Act 861. In support of the Motion, Plaintiffs state as follows:

1. On July 30, 2025, Plaintiffs filed a Complaint challenging the constitutionality of Act 861 and amended the complaint on August 5, 2025. The Amended Complaint is fully incorporated herein.

2. As set forth in the Amended Complaint, Act 861 disrupts the federal organ procurement and transportation network by, among other things, retroactively allowing apparently non-hierarchical classes of individuals anatomical gifts for any reason or no reason at all after an organ donor has died providing for an indefinite window within which the revocation can occur, and revoking the criminal and civil immunity of Organ Procurement Organizations and family members who permit organ donations to proceed.

3. Plaintiffs submit an Amended Memorandum in Support of the Amended Motion for Preliminary Injunction, which is also incorporated by reference. The amended memorandum differs from the memorandum submitted before the August 4, 2025 hearing only to clarify the relief requested, correct minor typographical errors, and reflect the addition of the prosecuting attorneys as Defendants. A redline copy showing the differences between the two filings has been provided to the Defendants.

4. For the reasons set forth in the amended memorandum, Plaintiffs satisfy all requirements for a preliminary injunction against enforcement of Act 861. *See D.M. by Bao Xiong*

#125196169v1

*v. Minnesota State High School League*, 917 F.3d 994, 999 (8th Cir. 2019).

     5.    Plaintiffs submit the following exhibits in support of the Motion:

        a.    **Exhibit A** – The text of Arkansas Act 861;

        b.    **Exhibit B** – The Organ Procurement and Transplantation Network Policies; and

        c.    **Exhibit C** – The Declarations of Julie Barber, Carol Ann Cullum, Joshua Hermsen, M.D., Medical Education and Research Institute, Inc., Mid-South Transplant Foundation, Inc., Paul Owen, and Mark Tudor.

WHEREFORE, Plaintiffs respectfully request that the Court grant its Amended Motion for Preliminary Injunction/Temporary Restraining Order, enter an Order declaring Act 861 unconstitutional and enjoining Defendants, as well as all officers, agents, and employees subject to their supervision, direction, or control, from enforcing or otherwise enacting Act 861 pending a decision on the merits of Plaintiffs' claims, and for any other just and proper relief.

#125196169v1

Date: September 9, 2025           Respectfully submitted,


E. B. Chiles IV, Ark. Bar No. 96179
J. Houston M. Downes, Ark. Bar No. 2023149
QUATTLEBAUM, GROOMS & TULL PLLC
111 Center Street, Suite 1900
Little Rock, Arkansas 72201
(501) 379-1700 (telephone)
(501) 379-1701 (facsimile)
cchiles@qgtlaw.com
hdownes@qgtlaw.com

David Smith (*admitted pro hac vice*)
Christina Strong (*admitted pro hac vice*)
David Rodkey (*admitted pro hac vice*)
DILWORTH PAXSON LLP
1650 Market Street, Suite 1200
Philadelphia, PA, 19103
(215) 575-7062 (telephone)
(215) 754-4603 (facsimile)
dsmith@dilworthlaw.com
cstrong@dilworthlaw.com
drodkey@dilworthlaw.com

*Attorneys for Plaintiffs*