IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| **SOUTHERN LEGACY OF LIFE, et al.** | : <br> : <br> : <br> : <br> : <br> : <br> :    No. 4:25-cv-773-JM <br> : <br> : <br> **Plaintiffs,**    : <br> v.    : <br> : <br> **COLE JESTER**, in his official capacity as    : <br> Secretary of State; et. al.    : <br> : <br> : <br> **Defendants.**    : <br> : |

### JOINT PROPOSED SUPPLEMENTAL BRIEFING SCHEDULE

Plaintiffs and Defendants' counsel have conferred regarding the supplemental briefing schedule requested by the Court (Dkt. No. 38) and jointly propose the following dates:

1. Deadline for Defendants to file a supplemental brief: October 30, 2025.

2. Deadline for Plaintiffs to file a response the supplemental brief: November 20, 2025.

3. Deadline for Defendants to file a reply in support of the supplemental brief: November 27, 2025.

4. If the Court elects not to hold a hearing on the supplemental briefing, Plaintiffs will be permitted to file a sur-reply brief. Under that circumstance, the deadline for Plaintiffs to file a sur-reply brief regarding the supplemental brief would be December 4, 2025.

It is the parties' joint intent to propose this schedule for supplemental briefing rather than the schedule contained in Defendants' proposed supplemental briefing schedule (Dkt. No. 39).

Date: September 30, 2025    Respectfully submitted,

        E. B. Chiles IV, Ark. Bar No. 96179
        J. Houston M. Downes, Ark. Bar No. 2023149
        QUATTLEBAUM, GROOMS & TULL PLLC
        111 Center Street, Suite 1900
        Little Rock, Arkansas 72201
        (501) 379-1700 (telephone)
        (501) 379-1701 (facsimile)
        cchiles@qgtlaw.com
        hdownes@qgtlaw.com

        David Smith (*admitted pro hac vice*)
        Christina Strong (*admitted pro hac vice*)
        David Rodkey (*admitted pro hac vice*)
        DILWORTH PAXSON LLP
        1650 Market Street, Suite 1200
        Philadelphia, PA, 19103
        (215) 575-7062 (telephone)
        (215) 754-4603 (facsimile)
        dsmith@dilworthlaw.com
        cstrong@dilworthlaw.com
        drodkey@dilworthlaw.com

        *Attorneys for Plaintiffs*


        TIM GRIFFIN
        Attorney General

        By: Ryan Hale, Ark. Bar No. 2024310
        Senior Assistant Attorney General
        Office of the Arkansas Attorney General
        101 West Capitol Avenue
        Little Rock, Arkansas 72201
        (501) 295-7419 (telephone)
        (501) 682-2591 (facsimile)
        ryan.hale@arkansasag.gov

        *Attorneys for Defendants*