# Exhibit A

**Figure 2. Federal Donation Process Timeline**





## Document of Gift

Persons may register to be an organ donor at the DMV or through online platforms.

OPO can search respective state's registry to verify a patient's Document of Gift.

50% of Arkansas drivers are registered as donors as of September 3, 2025, per the Arkansas DMV Registration Report.

**Step 1** — Document of Gift
**Step 2** — Hospital Admission
**Step 3** — Referral to OPO
**Step 4** — Preliminary Donor Screening
**Step 5a** — Plan to Withdraw Life Support is Made
**Step 5b** — Brain Death Declared by Hospital
**Step 6** — Gift Disclosure
**Step 7** — Donor Management and Organ Allocation
**Step 8** — Recipient Notification
**Step 9** — Donor Organ Recovery Scheduled
**Step 10** — 
**Step 11** — Organ Recovery and Final Organ Acceptance
**Step 12** — Recovering Team Arrival / Recipient Prepped for Transplant
**Step 13** — Organ Transported to Transplant Hospital
**Step 14** — Recipient Receives Transplant





















# Recipient Prepped for Transplant

**Final Organ Acceptance**

Anatomy and function description is communicated to transplanting surgeon who is waiting with the recipient at the accepting transplant hospital.

**Recipient Updated on Organ Suitability**

Recipient has been prepped for transplant surgery and is awaiting final word on organ's suitability.

**Recipient Transported to Operating Room**

Once accepted, recipient is transported to operating room and placed under general anesthesia.

**Transplant Surgery Begins**

Implanting surgeon begins operation by dissecting down to obtain visual of failed organ. Recovering surgeon and transplanting surgeon remain in constant communication to ensure timing is exact.

---

- Document of Gift — Step 1
- Referral to OPO — Step 2
- Hospital Admission — Step 3
- Preliminary Donor Screening — Step 4
- Plan to Withdraw Life Support is Made — Step 5a
- Brain Death Declared by Hospital — Step 5b
- Donor Management and Organ Allocation — Step 6
- Gift Disclosure — Step 7
- Donor Organ Recovery Scheduled — Step 8
- Recipient Notification — Step 9
- Step 10
- Organ Recovery and Final Organ Acceptance — Step 11
- Recovering Team Arrival — Step 12 (top)
- Recipient Prepped for Transplant — Step 12 (bottom)
- Organ Transported to Transplant Hospital — Step 13
- Recipient Receives Transplant — Step 14





# References

1) AR ST. §20-17-1202 et seq ("RUAGA"), OPTN Policy 2.2 (2-14), 42 USC§486.342(b)

2) 42 CFR 482.45 et seq. (Hospital Conditions of Participation ("CoP"))

3. 42 CFR 486.344(b) (OPO Conditions of Coverage ("CoC")), OPTN Policy 2.2-2.10

4) 42 CFR 486.42 (b)

5) OPTN Policy 2.13, 42 USC (1320b-8(b)(1)(e), 42 USC §273

6) 42 USC §273

7) 42 USC §273, 42 CFR 346(.c)